No. 79–5657. HILL v. UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 79–5659. MONTALALOU v. SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 79–5665. JOHNSON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 79–5674. HUBER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–5677. COYLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 79–5679. PATTERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 79–5680. VITAGLIANO v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. 

No. 79–5681. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5683. JONES ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 79–5702. FIGUEROA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 79–5719. CALFON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 79–5728. ROSS v. CAREY, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 79–5733. JONES ET UX. v. GEORGIA-PACIFIC CORP. C. A. 5th Cir. Certiorari denied.